## CROCKETT vs. MORRISON.

See case of Laurent vs. Mullikin.

### ERROR to St. Louis Court of Common Pleas.

McBRIDE, J., *delivered the opinion of the Court.*

There has been neither an asssignment of errors nor brief of counsel in this cause, but from an examination of the record, we find the case comes within the principles decided at the present term, in the case of Julie Laurent, *et al.* vs. Charles Mullikin. The judgment of the court of Common Pleas is affirmed.